**John W. FITZGERALD, John L. Lyttle and Jesse W. Ehrich, as Trustees in Bankruptcy of Albert Bloom, Bankrupt, Plaintiffs-Appellees, v. IRVING BANK–COLUMBIA TRUST COMPANY, Defendant-Appellant, and Albert Bloom, Defendant.**

Circuit Court of Appeals, Second Circuit.
October 29, 1928.

No. 24.

McManus, Ernst & Ernst, of New York City (Irving L. Ernst and Hugo I. Epstein, both of New York City, of counsel), for appellant.

Bondy & Schloss, of New York City (Eugene L. Bondy, of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. The decree will be modified, allowing interest from the date of the commencement of this suit. Kaufman v. Tredway, 195 U. S. 271, 25 S. Ct. 33, 49 L. Ed. 190; Walser v. National Union Bank (C. C. A.) 21 F.(2d) 294. As thus modified, the decree is affirmed, with costs.

■

**FORD MOTOR COMPANY, Plaintiff in Error (Defendant Below), v. Leo MROZINSKI, Defendant in Error (Plaintiff Below).**

Circuit Court of Appeals, Second Circuit.
October 15, 1928.

No. 12.

Nicoll, Anable & Nicoll, of New York City (De Lancey Nicoll, Jr., of New York City, of counsel), for plaintiff in error.

Levy & Becker, of New York City (Harold R. Medina and Emily Holt, both of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.